IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | |
| **MANUEL ENRIQUE SALAVARRIA GONZALEZ** | CASE NO. 09-09506(ESL) |
| Debtor | CHAPTER 13 |
| **DORAL BANK** | |
| Movant | INDEX |
| Vs. | |
| **MANUEL ENRIQUE SALAVARRIA GONZALEZ;** **JOSE RAMON CARRION MORALES, TRUSTEE** | |
| Respondents | |

**OPPOSITION TO MOTION TO SET ASIDE ORDER GRANTIG RELIEF FROM STAY**

TO THE HONORABLE COURT:

COMES NOW DORAL BANK **("Doral")**, through its undersigned counsel, and very respectfully alleges, states and prays:

1. On May 3, 2011 (Docket No. 39), Debtor filed a motion to set aside the order granting relief from stay on April 29, 2011 alleging that he had become current with Doral and that "**an authorized officer/employee of Doral informed the debtor that the 362 motion was to immediately withdrawn by said creditor.**"

2. The motion for reconsideration should be denied.

(a) Debtor failed to make the payment due on April, 2011;

(b) The payment for May, 2011 is due by May 16, 2011;

(c) No authorized officer or employee of Doral "**informed the debtor that the 362 motion was to immediately withdrawn by said creditor;**" and the statement is hearsay.

**WHEREFORE,** it is respectfully requested that this Honorable Court enter an order denying Debtor's motion to set aside the order granting relief from stay.

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed electronically on this day with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to **Roberto Figueroa Carrasquillo, Esq.,** rfigueroa@prtc.net; **José R. Carrión Morales, Trustee,** newecf@ch13pr.com.

San Juan, Puerto Rico, this 5th day of May, 2011.

                                       s/SERGIO A. RAMIREZ DE ARELLANO
                                       SERGIO A. RAMIREZ DE ARELLANO
                                       Attorney for Doral
                                       Suite 1133, Banco Popular Center
                                       209 Muñoz Rivera Avenue
                                       San Juan, PR 00918-1009
                                       Tel. 765-2988; 764-6392
                                       FAX 765-2973
                                       U.S.D.C. 126804
                                       sramirez@sarlaw.com